DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for defendant
JEREMIAH LEE SMEDLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO.01:05-00265 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |
| v. | ) | |
| JEREMIAH LEE SMEDLEY, | ) | DATE: April 10, 2006 |
| Defendant. | ) | TIME : 9:00 a.m. |
| | ) | DEPT : Hon. Anthony W. Ishii |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Jeremiah Lee Smedley, that the date for status conference in this matter may be continued to April 10, 2006.  **The date currently set for status conference is March 6, 2006.  The requested new date is April 10, 2006.**

   The reason for the requested continuance is to allow additional time for defense investigation and plea negotiations in an effort to reach a negotiated settlement of this matter.

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED:  March 2, 2006                        By  /s/ David L. Gappa
                                        DAVID L. GAPPA
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

                                        DANIEL J. BRODERICK
                                        Acting Federal Public Defender

DATED: March 2, 2006                         By  /s/ Eric V. Kersten
                                        ERIC V. KERSTEN
                                        Assistant Federal Defender
                                        Attorney for Defendant

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   March 3, 2006**                **/s/ Anthony W. Ishii**
0m8i78                                        UNITED STATES DISTRICT JUDGE