DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for defendant
JEREMIAH LEE SMEDLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.01:05-00265 AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. ) | |
| JEREMIAH LEE SMEDLEY, ) | DATE: May 8, 2006 |
| Defendant. ) | TIME : 9:00 a.m. |
| ) | DEPT : Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Jeremiah Lee Smedley, that the date for status conference in this matter may be continued to May 8, 2006.  **The date currently set for status conference is April 10, 2006.  The requested new date is May 8, 2006.**

The reason for the requested continuance is to allow additional time for defense investigation and plea negotiations in an effort to reach a negotiated settlement of this matter.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

1  preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

2

3                                                                    McGREGOR W. SCOTT
                                                                     United States Attorney
4

5  DATED:  April 6, 2006                              By  /s/ David L. Gappa
                                                          DAVID L. GAPPA
6                                                         Assistant U.S. Attorney
                                                          Attorney for Plaintiff
7

8

9

10                                                                   DANIEL J. BRODERICK
                                                                     Acting Federal Public Defender
11

12  DATED: April 6, 2006                              By  /s/ Eric V. Kersten
                                                          ERIC V. KERSTEN
13                                                        Assistant Federal Defender
                                                          Attorney for Defendant
14

15

16                                                **O R D E R**

17       **IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice

18  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

19

20  IT IS SO ORDERED.

21  **Dated:   April 7, 2006**                 /s/ **Anthony W. Ishii**
    0m8i78                                     UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

Stipulation to Continue Status Conference                2